IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PATRICIA HOLLAND, the Surviving Mother of KIP EUGENE HOLLAND and WAYNE HOLLAND as the Administrator of the Estate of KIP EUGENE HOLLAND, Deceased<br><br>Plaintiffs,<br><br>VS.<br><br>CYPRESS INSURANCE COMPANY; JW HARPER FARMS, LLC, and JAMES WENDELL HARPER, an Individual,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 2:17-CV-0120 |

## ORDER

This cause came before the Court on the Joint Motion to Amend Misnomer.

Upon consideration, the court is of the opinion that the Motion to Amend Misnomer is granted; it is therefore

ORDERED that the misnomer of Defendant James Windell Harper is hereby corrected by amendment and that Defendant be referred to and is properly inserted as: James Wendell Harper, for purposes of this lawsuit and all pleadings and matters associated herewith.

Entered this 15th day of August, 2017.

_____
Richard W. Story, Judge