Oral Deposition of Judith Harper

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

GAINESVILLE DIVISION


PATRICIA HOLLAND, the Surviving
Mother of KIP EUGENE HOLLAND and
WAYNE HOLLAND as the Administrator
of the Estate of KIP EUGENE HOLLAND,
Deceased,

PLAINTIFFS,

VS.                CIVIL ACTION FILE NO. 2:27-CV-0120

CYPRESS INSURANCE COMPANY;
JW HARPER FARMS, LLC., and
CHRISTOPHER A. RUNYUN, as
Administrator of the Estate
of JAMES WENDELL HARPER,
Deceased.

DEFENDANTS.



DEPOSITION OF JUDITH HARPER



        The deposition of Judith Harper was taken

before Celeste O. Riddle, RMR, RPR, CCR, on the 27th

day of March 2018, by the plaintiffs, commencing at

approximately 10:05 a.m. at the Marshall County

Courthouse, 424 Blount Avenue, Guntersville, Alabama

35976.

Oral Deposition of Judith Harper

```
 1              A P P E A R A N C E S

 2

 3   For the Plaintiffs:

 4       R. SHANE LAZENBY

 5       LAZENBY LAW GROUP, LLC

 6       P.O. Box 2875

 7       Gainesville, Georgia 30503

 8

 9   For the Defendants:

10       BRENT M. ESTES

11       DENNIS CORRY SMITH & DIXON, LLP

12       900 Circle 75 Parkway

13       Suite 1400

14       Atlanta, Georgia 30339

15

16   ALSO PRESENT:  Stanley Harper

17

18                  I N D E X

19
```

```
20   Examination by Mr. Lazenby . . . . . . . . . 3

21   Examination by Mr. Estes . . . . . . . . . 31

22   Examination b Mr. Lazenby  . . . . . . . . 32

23   Reporter's Certificate . . . . . . . . . . 33
```

```
24

25
```

Oral Deposition of Judith Harper

Page 3

1                          JUDITH HARPER

2     having been duly sworn, was examined and testified

3     as follows:

4

5                MR. LAZENBY:  This will be the deposition

6     of Mrs. Judith Harper taken pursuant to subpoena for

7     all lawful purposes under the Federal Rules of Civil

8     Procedure.  I assume we are continuing to reserve

9     objections except to the form of the question and

10    responsiveness of the answer until such time as the

11    deposition is later used.

12               MR. ESTES:  That's agreeable.

13               MR. LAZENBY:  Great.  Thank you.

14

15                          EXAMINATION

16    BY MR. LAZENBY:

17        Q.   Mrs. Harper, my name is Shane Lazenby.  We

18    met a few minutes ago.  I represent the Holland

19    family as you know.  I understand that you told me

20    you have a little bit of a hearing problem, but I

21    take it you have never given a deposition before; is

22    that right?

23        A.   I don't think so.

24        Q.   Well, I'm going to ask a whole bunch of

25    questions probably.  Hopefully we won't be here too

Oral Deposition of Judith Harper

1    long.

2         A.   Okay.

3         Q.   If you don't hear any of my questions, let

4    me know.

5         A.   I will.

6         Q.   I want to make sure that you hear the

7    question and you understand the question.  Okay?

8         A.   Okay.

9         Q.   A lot of times when we start talking, we

10   will figure out what the other person is about to

11   say and we may start talking before the other person

12   finishes.  If I ever do that, you stop me and let me

13   know that you are not finished because I want you to

14   be able to finish your answer.  Okay?

15        A.   Okay.

16        Q.   Also if at any time I'm not finished with

17   my question, I may stop you, and I'm not trying to

18   needle you or anything.  I'm just trying to make

19   sure we are only talking one person at a time

20   because everything is being recorded on the

21   stenographer.  Okay?

22        A.   That's fine.

23        Q.   Now you are Judith Harper?

24        A.   Uh-huh.

25        Q.   What's your full name, Mrs. Harper?

Oral Deposition of Judith Harper

Page 5

1       A.    Judith Ann Jones Harper.

2       Q.    Judith Ann Jones Harper?

3       A.    Uh-huh.

4       Q.    One more thing, one more little quick rule.

5    A lot of times we will have a tendency to shake our

6    head or say uh-huh or huh-uh or something like that.

7    If you could please just answer yes or no or

8    whatever you need to say to answer the question

9    verbally, it makes it a lot more clear on the

10   record.  Okay?

11      A.    Okay.

12      Q.    So if you say uh-huh or huh-uh or

13   something, I may say is that a yes.  Again, I'm not

14   trying to be insulting.  I just want to make sure I

15   understand your answer.  Okay?

16      A.    I understand.

17      Q.    Great.  Thank you.  What is your address,

18   Mrs. Harper?

19      A.    5917 County Road 76, Grove Oak, Alabama

20   35975.

21      Q.    And you are married?

22      A.    Married, yes.

23      Q.    What's your husband's name?

24      A.    Stanley Harper.

25      Q.    How long have you and Mr. Harper lived at

Oral Deposition of Judith Harper

Page 6

1    that address?

2        A.   Since 1983.

3        Q.   Now I understand there was another area

4    that you all may own now in Sauty, Alabama; is that

5    right?

6        A.   We don't own it now.  We did own a camper

7    that was parked on a lot at South Sauty.  Is that

8    what you are referring to?

9        Q.   Yes, ma'am.

10       A.   We had a lot rented and we had a mobile --

11   it was a camper but it was a 39-foot camper, yes,

12   but we sold it in October, I believe.

13       Q.   Now do I understand correctly that James

14   Harper lived in that camper for a while?

15       A.   Yes.

16       Q.   Was he the last person to live in that

17   camper?

18       A.   Yes, he was.

19       Q.   Did anybody live in that camper with him?

20       A.   Yes, his daughter.

21       Q.   Would that be Annette?

22       A.   Yes.

23       Q.   Other than Annette, anybody else live in

24   that camper with him?

25       A.   Not that I know of.

Oral Deposition of Judith Harper

Page 7

1     Q.   Is it a situation where the South Sauty

2  camper location is next to your property, or how far

3  is the distance between the two?

4     A.   No.  It's approximately 20 miles away, I

5  guess.

6          MR. HARPER:  I believe it's 17 miles from

7  our house to the camper.

8     A.   (By the Witness) It's a resort area on the

9  back waters of Guntersville Lake.

10    Q.   I see.

11    A.   And we just had rented it and put a camper

12 there for a while.

13    Q.   Yes, ma'am.  How about your location, other

14 than you and Mr. Stanley Harper, anybody else live

15 there?

16    A.   The two of us live in a house.  We have a

17 mobile home in our back yard.  Our granddaughter and

18 her husband and two children live there.  And one of

19 our daughters and her husband and son, they own a

20 mobile home, but it's parked on our property.

21    Q.   Did Mr. James Harper live on that property

22 with y'all at any time?

23    A.   At one time he lived in the mobile home

24 where my granddaughter lives now.  He moved there in

25 2012 when he had had the throat cancer.  He and

Oral Deposition of Judith Harper

Page 8

1    Annette, his daughter, lived there until, I think it

2    was, April of 2013 when they moved from there.

3        Q.    Do you know where Mr. Harper, James Harper,

4    moved to when he moved from there?

5        A.    They moved to an apartment in Scottsboro.

6    Maybe Fox Run.  I'm not sure of the name.

7        Q.    And after Mr. James Harper lived at the

8    apartment at Fox Run, did he move from there to

9    South Sauty?

10       A.    No.

11       Q.    Where did he move to after that?

12       A.    They moved to a mobile home in Section,

13   Alabama, but I don't know just when or how long they

14   lived there.

15       Q.    Is that where they lived before South

16   Sauty?

17       A.    Yes.  When he first went to the camper at

18   South Sauty, he was by himself.  That was before the

19   accident.  And I'm not sure what month he moved but

20   he moved there sometime in 2016.  He was going to

21   buy it from us but then he changed his mind and

22   didn't.  So we let him live there and he lived there

23   until the accident, and then he came back there

24   after the accident, after he got hurt.

25       Q.    Is that where Mr. James Harper lived until

Oral Deposition of Judith Harper

Page 9

1   he passed away?

2       A.   No.  He moved in with us in February of

3   2017.  He wasn't able to live by himself and he

4   wasn't sure if Annette was going to stay there any

5   longer or not.  And he lived with us until he passed

6   away in July.

7       Q.   When you say he wasn't able to live by

8   himself, what do you mean by that?

9       A.   He just wasn't physically able to cook and

10  to clean and wash clothes, everything that needed to

11  be done to take care of him.  It took him several

12  months to get his strength back after the accident.

13      Q.   Mrs. Harper, you were kind enough to bring

14  a good number of documents and things with you in

15  response to the subpoena; is that right?

16      A.   Yes.

17      Q.   And those are documents, as I understand

18  it, that had belonged to James Harper; is that

19  correct?

20      A.   Yes.

21      Q.   And other items that belong to James Harper

22  also; is that right?

23      A.   Yes.

24      Q.   Correct me if I'm wrong but I would imagine

25  that all of the information and documents that you

Oral Deposition of Judith Harper

Page 10

1    brought were not in the same location when you

2    gathered them up; is that right?

3        A.   Yes.

4        Q.   Or were they all in the same location?

5        A.   No.

6        Q.   Where all were they found?  Where did you

7    find all those documents?

8        A.   Some of them were in his bedroom and some

9    of them were in a shop building that we have next to

10   the house.  When we moved him to our house, there

11   was stuff that was just put down there for storage.

12   And I really didn't know what all was down there

13   until we went to look when you requested all this

14   information.  And we found the items that I'm

15   assuming came out of his truck and that's where they

16   were.  They were just in a shop building there at

17   the house.

18       Q.   Other than Mr. Harper's bedroom, Mr. James

19   Harper's bedroom, and the shop, any place else that

20   you located documents that are responsive or other

21   items that were responsive?

22       A.   No.

23       Q.   We heard from Annette earlier in the case

24   and I believe I recall that she said that at one

25   point she and Mr. James Harper went through his

Oral Deposition of Judith Harper

Page 11

1    things that had been in his truck.  Do you know

2    anything about that?  Were you present for that?

3    Have you heard anything about that?

4         A.   No, I was not.

5         Q.   You didn't see that happen?

6         A.   No, I didn't.

7         Q.   Do you know how the items that you brought

8    with you that had been in his truck made it out of

9    his truck?

10        A.   Not for sure as far as seeing anybody.

11   Annette told me that her daughter Carrie and her

12   boyfriend got the items out of the truck and brought

13   them to South Sauty and put them in a little storage

14   building.  And Stanley and our son-in-law helped

15   move everything to our house.  And I didn't see any

16   of it take place, but as far as I know that's how

17   they wound up in our shop building was because

18   that's where they put them when they were brought

19   from South Sauty.  But I did not know until really

20   yesterday what was down there.

21             MR. ESTES:  Sorry.  Who did you say brought

22   it up to your house?

23             THE WITNESS:  Stanley and our son-in-law,

24   Darryl Mitchell.  They helped us move James to our

25   house.

Oral Deposition of Judith Harper

Page 12

1    Q.    (By Mr. Lazenby) So the items that had been
2  in the camper in South Sauty, those were brought out
3  of the camper in South Sauty and those were put in
4  the storage unit; is that correct?
5    A.    Yes.
6    Q.    And that storage location is on your
7  property where you live now?
8    A.    Yes.  It was just a shop building that we
9  have next to the house.
10    Q.    And the items that were located in Mr.
11  Harper's bedroom, were those also in his truck or
12  where did those come from, do you know?
13    A.    He had a plastic bin that was at the camper
14  -- in the camper.  It wasn't in the little utility
15  building.  It was in the camper.  So we brought that
16  to the house when he moved.  We were just trying to
17  get all of his belongings in one location.
18    Q.    Yes, ma'am.
19    A.    And then the rest of it was just mail and
20  items that he had collected from February to July
21  when he was living with us.
22    Q.    Any items, documents, anything like that
23  that you decided not to bring today?
24    A.    No.
25    Q.    So everything that you could find that

Oral Deposition of Judith Harper

Page 13

1  belonged to Mr. Harper is in those two suitcases?

2      A.   Yes.

3      Q.   I believe we have an agreement that you are

4  going to provide that information and give those

5  items to Mr. Estes; correct?

6      A.   I beg your pardon?

7      Q.   You are going to give that stuff to Mr.

8  Estes; correct?

9      A.   Yes.  If that's what we need to do with it,

10  yes.

11     Q.   You know the case that we are here about

12  today involves the collision that occurred on

13  December 8th, 2016?

14     A.   Yes.

15     Q.   When did you first hear about the December

16  8, 2016, collision?

17     A.   The day that it happened.

18     Q.   How did you hear about it?

19     A.   We got a phone call.  I cannot remember

20  exactly how it took place.  I hope Stanley can

21  remember more than I can.  We got a phone call from

22  somebody telling us that James had been in an

23  accident.

24     Q.   Do you recall if you received the phone

25  call or if Mr. Stanley Harper received the phone

Oral Deposition of Judith Harper

Page 14

1  call?

2     A.   I think he did because I don't answer the

3  phone a lot because of my hearing problems.  I think

4  he answered the phone.

5     Q.   Do you recall anything that was said other

6  than Mr. Harper had been in an accident?

7     A.   No, I don't.  That's all.  At that time we

8  didn't really know anything about his condition or

9  anything.

10        MR. ESTES:  Judy, you just testify to what

11  you remember.  Stanley, you will get your chance to

12  talk in a few minutes.  Okay?

13     A.   (By the Witness) I don't remember any

14  details at all except that he had an accident and

15  was in the hospital.

16     Q.   When did you next receive any kind of

17  information about the collision?

18     A.   I think it was the next day.  We got word

19  that Annette was on her way over there to see about

20  him.  And I called her the next day.  I think it was

21  the next morning.

22     Q.   What did you learn the next morning?

23     A.   Not very much.  Just that they thought he

24  had a concussion and a shoulder that was maybe

25  cracked.  Or anyway, problems with his shoulder and

Oral Deposition of Judith Harper

Page 15

1    that he wasn't talking very much and didn't remember

2    anything that had happened.

3         Q.   Do you know who called and told you that?

4         A.   I called Annette to check on him and she

5    told me that.

6         Q.   Did you yourself travel over to Gainesville

7    while Mr. Harper was hospitalized?

8         A.   Yes.

9         Q.   When did you go?

10        A.   The day he was released.

11        Q.   Anybody other than Annette that you kept in

12   touch with during the time frame that he was

13   hospitalized to ask him about updates or anything

14   like that?

15        A.   No.  She was the only one I talked to.

16        Q.   At any time did Annette give you any

17   additional information that you can recall other

18   than Mr. Harper had had a concussion and a problem

19   with his shoulder?

20        A.   At one time she told me that he had

21   pneumonia.  I don't remember how many days later

22   that was.

23        Q.   Did you ever learn of any other details of

24   the collision from Annette?

25        A.   No.

Oral Deposition of Judith Harper

Page 16

1    Q.    You went to, I'm assuming, help Mr. Harper

2  when he was getting discharged from the hospital?

3    A.    I didn't actually help with anything.  My

4  daughter went with me.  We couldn't find a place to

5  park.  She got out and went in to see what time --

6  actually we went to get him to bring him back to

7  Alabama.  We put a mattress in the back of the van

8  so he could lay down on the way home.  I didn't go

9  in the hospital to have any conversation with

10  anybody.  She got out and went in and she called me

11  back and said it was going to be a while before he

12  could be released and I went and got the both of us

13  something to eat and came back and she came out and

14  ate.  But I never went in the hospital because of

15  the parking problem.  And then I just pulled back up

16  when they got ready to load him in the van.

17    Q.    I understand.  You say it was your

18  daughter?

19    A.    My daughter, yes.

20    Q.    What's her name?

21    A.    Heather Vaughn.

22    Q.    Anybody come with you and Heather to the

23  hospital that day?

24    A.    No.  Just the two of us.

25    Q.    Anybody depart with you guys other than Mr.

Oral Deposition of Judith Harper

                                            Page 17

 1   Harper?

 2        A.   Yes.  Annette rode back with us also.

 3        Q.   Did you speak with Mr. Harper that day?  I

 4   mean, other than --

 5        A.   Very little.  Yes, I helped get his stuff

 6   loaded in the van and try to get him comfortable but

 7   there was really not much conversation.  He wasn't

 8   talking much.

 9        Q.   Was he able to talk to you?

10        A.   He could talk, yes.

11        Q.   Did he say anything about the collision at

12   all?

13        A.   No.

14        Q.   Did you speak to any of the medical

15   professionals that had cared for him?

16        A.   No.

17        Q.   Do you know if Heather spoke to anybody

18   that had cared for him?

19        A.   I don't think so.

20        Q.   Has Heather mentioned anything like that

21   since that time and said, hey, you know, the doctors

22   or the nurses told me this?

23        A.   No.

24        Q.   What did Heather call Mr. Harper?

25        A.   What did she call him?

Oral Deposition of Judith Harper

Page 18

1       Q.    Uncle?

2       A.    Uncle James, yes.

3       Q.    How about Annette, did Annette ever tell

4    you anything that the doctors or nurses had said

5    about Mr. Harper's condition?

6       A.    Nothing specific that I recall.

7       Q.    Now did you all depart Gainesville and go

8    straight back to Scottsboro?

9       A.    When we left Gainesville, we went to

10   Guntersville.  He was planning to go back to his

11   wife's apartment even though they hadn't lived

12   together since before his cancer in 2012.  She had

13   had a stroke and Annette was supposed to try to take

14   care of both of them is my understanding.  But they

15   did not stay there but like two days.  It didn't

16   work.  Things didn't work out.  So then I went back

17   to the apartment and moved his stuff to the camper

18   at South Sauty.

19      Q.    After about two days you moved his stuff to

20   the South Sauty camper?

21      A.    Yes.  The medical stuff.  At that time he

22   was on oxygen so we had to move all that stuff.

23      Q.    When you picked him up at the hospital and

24   brought him back home, did you bring him home on

25   oxygen?

Oral Deposition of Judith Harper

Page 19

1    A.    Yes.  I went to a medical supply place in

2    Scottsboro.  I can't think of the name of it right

3    off.  Had to get some large tanks or medium size

4    tanks to have enough for a trip that long and it

5    took us a couple of hours because we had to wait.

6    They didn't have them in stock.  So we got that and

7    had that with us when we picked him up at the

8    hospital.  And the hospital staff, they had to come

9    out and check the tanks to make sure that they were

10   working properly and everything to get him home.

11   Q.    Was the trip to the medical supply place

12   based on a new prescription for oxygen, or was it

13   based on some previous prescription Mr. Harper had

14   for oxygen?

15   A.    As far as I know, the prescription came

16   from the hospital in Gainesville because if he was

17   ever on oxygen before after he recovered from the

18   cancer, I don't know of it.

19   Q.    Other than the oxygen, do you recall any

20   other treatment that Mr. Harper left the hospital

21   on, any other prescriptions, anything like that?

22   A.    No.  I didn't know anything about that part

23   of it.

24   Q.    Prior to the collision on December 8, 2016,

25   did you ever accompany Mr. Harper to any of his

Oral Deposition of Judith Harper

Page 20

1   medical appointments?

2       A.   I did during the cancer treatment in 2012.

3   I think I took him maybe to one or two radiation

4   treatments and I took him to get a family doctor.

5   He didn't have an actual considered family doctor

6   and I took him to an appointment for that.  But I

7   don't remember ever taking him to any after that.

8       Q.   Who was the family doctor that you took him

9   to?

10      A.   It was -- I think it's Lakeside Clinic in

11  Guntersville.  They have several different

12  physicians.  I'm not sure if he had actually just

13  one or if it was all of them.  That's where we went

14  to.

15      Q.   In looking at some of the items that you

16  have brought with you today, I saw a physician by

17  the name of Josh Bell, B-e-l-l, MD.  Ever heard of

18  him before?

19      A.   No.

20      Q.   Have you ever accompanied Mr. Harper to any

21  of his examinations by the folks who are medically

22  clearing him to drive?

23      A.   No.

24      Q.   I'm not trying to hold you to a specific

25  date, but do you know how long it was before

Oral Deposition of Judith Harper

Page 21

1   December 8, 2016 that you would have gone to any

2   kind of medical appointment with Mr. Harper?  Would

3   it have been years?

4        A.   Yes.  It was sometime in 2012.  I don't

5   recall taking him any after he got over the cancer,

6   and he was over that in 2012.

7        Q.   I gather from talking to the folks in this

8   case, that Annette was probably the closest person

9   to Mr. Harper from his family; is that correct?

10       A.   Yes.

11       Q.   Anybody else really close to Mr. Harper

12  that you know of?

13            MR. ESTES:  Family or anybody?  Object to

14  form.

15            MR. LAZENBY:  Anybody.

16       A.   Not that I can think of that would have

17  anything to do with the medical treatment or

18  anything like that.

19       Q.   Other than getting the telephone calls

20  perhaps from Annette about the collision at issue,

21  have you ever talked to anybody else about the

22  collision on December 8, 2016?

23       A.   No.

24       Q.   Ever had any meeting with Mr. Estes or

25  anybody from his office?

Oral Deposition of Judith Harper

Page 22

1       A.    From his office?

2       Q.    Yes, ma'am.

3       A.    He came and talked to James at our house

4    one time.

5       Q.    Anybody else come and talk to James about

6    the collision that you know of?

7       A.    Not that I know of.  Well, now, I take that

8    back.  I guess somebody brought him a summons or

9    served a paper of some kind.  I guess that was

10   regarding the accident.  All I know is my

11   granddaughter said there is a county car in your

12   driveway.  But I'm not sure what it was.

13      Q.    That's okay.  I think I already know the

14   answer to this but just to be clear, after Mr.

15   Harper returned to Alabama following his treatment

16   in Gainesville up until the time he passed away, did

17   he ever talk to you or talk in your presence about

18   what happened at the collision on December 8th?

19      A.    No.

20      Q.    Some of the other items that you brought

21   with you today included some pages from logbooks, a

22   trucker's logbook.  Do you know if Mr. Harper kept

23   written logbooks up until the time he stopped

24   driving, or do you know if Mr. Harper had electronic

25   logbooks?

Oral Deposition of Judith Harper

Page 23

1      A.   I don't know.

2      Q.   Did you ever ride with Mr. Harper in his

3   truck?

4      A.   No.

5      Q.   Did Mr. Harper or anybody on Mr. Harper's

6   behalf ever talk to you about his medical condition

7   after you stopped going to any medical appointments

8   with him but prior to December 8, 2016?  What I mean

9   by that, between 2012 or so and December of 2016,

10  anybody ever discuss his medical condition with you?

11     A.   I don't remember anybody that did.

12     Q.   Do you recall, as you sit here today, what

13  Mr. Harper's medical condition was like?

14     A.    In my opinion, I thought he was doing

15  really well considering he had overcome the cancer.

16  He just always amazed me that he was able to keep

17  going and do what he did.  We talked about that,

18  Stanley and I did, several times about how well he

19  was doing considering the medical history that he

20  had with the cancer.

21     Q.   Have you ever heard of the diagnosis for

22  Mr. Harper of what's called COPD, and I believe it's

23  chronic obstructive pulmonary disease?  Ever heard

24  of that?

25     A.    I don't know that anybody ever actually

Oral Deposition of Judith Harper

Page 24

1    called it COPD, but I know that they did keep a

2    check on his lungs to make sure that everything

3    looked fine.  And the last time I remember him

4    telling me anything, he said they said things looked

5    fine.  You know, they would check them again later.

6        Q.   One of the other things Annette told us in

7    her deposition was that she recalls times when Mr.

8    Harper would start coughing very severely, and I

9    believe she even gave examples where he may even

10   cough up gravy at the table.  Did you ever see

11   anything like that happen with Mr. Harper?

12       A.   No, don't remember it.

13       Q.   Do you recall ever seeing Mr. Harper having

14   any trouble with his tracheostomy?

15       A.   Not any problems that I can remember except

16   when he first had it put in, and it wasn't really a

17   problem.  It was just that it took him a while to

18   get used to it being there.  It was irritating.  But

19   as far as a problem with it, I don't know of any.

20       Q.   Are you familiar with any of the parts and

21   pieces for a tracheostomy?  For example, do you know

22   anything about the inner cannula, whether Mr.

23   Harper --

24       A.   He took care of cleaning it himself.  I

25   never did that.

Oral Deposition of Judith Harper

Page 25

1    Q.   When you accompanied Mr. Harper on his

2    visits to the doctor back in 2012 or so, did he seem

3    to be engaged in understanding what his doctors were

4    saying and asking questions and things like that?

5    A.   Yes, he seemed to.

6    Q.   You gathered the impression that he was

7    aware of his condition and aware of his treatments

8    and things like that as well?

9    A.   Yes.

10   Q.   Did you know anything about Mr. Harper's

11   admission to the hospital in June of 2016, about six

12   months before this collision took place?

13   A.   I knew that he went and we went to see him.

14   He seemed to be doing pretty good and I think he

15   actually went home the next day.  But I think it was

16   pneumonia, but I'm not sure.

17   Q.   Did he ever explain anything to you about

18   that particular hospitalization?

19   A.   No.

20   Q.   How about his visit to the emergency room

21   on November 7th, 2016, about a month before this

22   collision, do you know anything about that?

23   A.   I didn't know about that.

24   Q.   Did Mr. Harper ever share with you or talk

25   to you about his trucking routes and things that he

Oral Deposition of Judith Harper

Page 26

1    did as a trucker over the road?

2         A.    No.

3         Q.    Did you ever talk to any of the law

4    enforcement folks who investigated the collision on

5    December 8th?

6         A.    No.

7         Q.    Did you ever go and see the truck that was

8    involved in the collision?

9         A.    No.

10        Q.    Did you ever talk to Annette's daughter

11   that went out and cleaned out the truck about the

12   truck?

13        A.    No.

14        Q.    I also saw a document in the suitcases, and

15   I'm paraphrasing a little bit, but it was a drug and

16   alcohol awareness consortium.  Do you know anything

17   about that?

18        A.    No.

19        Q.    Do you know anything about Mr. Harper --

20   any of his prescriptions?  Did you ever follow that

21   with him before December 8th?

22        A.    No.  He took care of -- he took care of

23   doing all that himself.

24        Q.    Do you know what pharmacies Mr. Harper may

25   have used to fill prescriptions?

Oral Deposition of Judith Harper

Page 27

1      A.   Not the name of it.  He used one in

2  Guntersville but I don't know the name of it.  I

3  just remember him saying he had to go to

4  Guntersville to pick up a prescription.

5      Q.   And you don't know where?

6      A.   No.

7      Q.   I believe Annette recalled that he had used

8  the pharmacy within the Foodland grocery store.

9  Does that sound familiar?

10     A.   It's possible.  I don't really know.

11     Q.   Do you know if Mr. Harper was still smoking

12  on December 8th, 2016?

13     A.   As far as I know, he probably was.

14     Q.   He had some difficulties trying to stop

15  smoking?

16     A.   He had quit several times trying to stop.

17  And I don't know for sure that he was smoking in

18  December, but I do know that after he came to our

19  house, he smoked some because I have an allergy to

20  cigarette smoke and he would go out on the back

21  porch.

22     Q.   Ever learn from any source whatsoever, from

23  any person, ever have any discussions with you,

24  about what caused the collision on December 8, 2016?

25     A.   No.

Oral Deposition of Judith Harper

Page 28

1     Q.   Do you know anything about the gentleman

2  who was the pedestrian, Kip Holland?

3     A.   No.

4     Q.   Do you know anything about Mr. Holland's

5  family who I represent?

6     A.   No.

7     Q.   I know I understood you to tell me that you

8  hadn't been with Mr. Harper at any of his medical

9  appointments since around 2012?

10     A.   Right.

11     Q.   You had taken him to Lakeside Clinic for

12  the purpose of primary care?

13     A.   Right.

14     Q.   Do you know any other doctors by name that

15  Mr. Harper may have seen at any time?

16     A.   I think he still went to Dr. Mastin, I

17  think is how you pronounce it, for checkups.  I

18  think he is maybe an ear, nose, and throat

19  specialist; I'm not sure.  But I think he went to

20  him, and that may be the doctor that did his throat

21  surgery; I'm not sure.  That's the only name that

22  rings a bell right now.

23     Q.   Again, I think I probably know the answer

24  to this already, but I understood you to tell me

25  that you weren't present when Annette and Mr. Harper

Oral Deposition of Judith Harper

Page 29

1  may have gone through the items that were taken out

2  of his truck; is that right?

3      A.    That's right.  I didn't know anything about

4  that.

5      Q.    And I believe I understood Annette to tell

6  us that he kind of decided what items were important

7  to keep, he being Mr. Harper, and what items were

8  not as important and could be thrown away or

9  discarded.  Do you know anything about that?

10     A.    No.

11     Q.    Do you know anything about whether Annette,

12 indeed, did throw some things away?

13     A.    I have no idea.

14     Q.    Do you ever travel the route, as far as you

15 know, where the collision took place?

16     A.    When we left the hospital to come home,

17 Annette said this is where the accident happened.  I

18 had never been to Gainesville.  I couldn't tell you

19 how to get there if I had to.  I just know that when

20 we passed this place, she said that's where it

21 happened.

22     Q.    Annette also told us a little bit about Mr.

23 Harper being on a nebulizer like a breathing

24 treatment.

25     A.    Yes.

Oral Deposition of Judith Harper

Page 30

1    Q.   Do you recall that?

2    A.   Yes.

3    Q.   Do you recall if that was something that he

4    was on prior to December 8, 2016?

5    A.   I don't know.

6    Q.   Do you know if that nebulizer machine was

7    something that he took with him in his truck?

8    A.   I don't know.

9    Q.   How about a CPAP machine for any apnea or

10   sleep difficulties, did Mr. Harper also have one of

11   those?

12   A.   He did not use one at our house.  But

13   that's all that I know of.  I don't know before

14   that.

15   Q.   In the days leading up to December 8, 2016,

16   do you recall when was the last time that you saw

17   Mr. Harper before the collision on December 8, 2016?

18   A.   Not for sure.

19   Q.   Do you know if he had remained overnight in

20   Gainesville or in Georgia on December 7th, 2016, the

21   day prior to this collision?

22   A.   I don't know.

23   Q.   Other than the items that you brought with

24   you today that belong to Mr. Harper, do you know of

25   any other documents that may have been stored or

Oral Deposition of Judith Harper

Page 31

1    kept by somebody else that exist?

2        A.   No.

3            MR. LAZENBY:   I believe those are all the

4    questions.   Mr. Estes may have some.

5                         EXAMINATION

6    BY MR. ESTES:

7        Q.   Mrs. Harper, just a couple of questions.

8    Did you hear ever, either from Mr. Harper or from

9    anyone else, that James ever recalled what happened

10   in this accident?

11       A.   No.

12       Q.   Is it your understanding he had no

13   recollection of the accident?

14       A.   The last time I heard anybody ask him about

15   the accident, he said I do not remember anything

16   about it.  And he never brought it up and I never

17   asked him either.

18       Q.   Were you ever aware before the accident of

19   James having any history of blacking out or passing

20   out suddenly?

21       A.   Not that I know of.

22       Q.   Did that ever happen in your presence?

23       A.   No.

24       Q.   And did you ever hear from anyone else,

25   including James, of that happening before the

Oral Deposition of Judith Harper

Page 32

1    accident?

2        A.    No.

3            MR. ESTES:  Thank you, Mrs. Harper. That's

4    all I have.

5                    EXAMINATION

6    BY MR. LAZENBY:

7        Q.    Just a second.  Who was the person who had

8    asked Mr. Harper what had happened in the collision

9    when he responded that he could not remember?

10       A.    It was when he came over to talk to James

11   and James told him he did not remember.

12       Q.    Don't need to hear anything else about what

13   they discussed.  That's okay.  Thank you.  That's

14   all.

15           MR. ESTES:  Mrs. Harper, you have the

16   option to arrange with the court reporter a time to

17   go read and make sure all the questions and answers

18   were written down correctly or you can waive that

19   right.  I don't think there was anything complex

20   about what we talked about today.

21           THE WITNESS:  I don't think so either.

22           MR. ESTES:  So you can waive that right.

23           THE WITNESS:  I do.

24               (Deposition concluded at approximately

25                10:45 a.m.)

Oral Deposition of Judith Harper

Page 33

1            REPORTER'S CERTIFICATE

2        I, Celeste O. Riddle, RMR, RPR, CCR, do

3    hereby certify that the witness whose attached

4    deposition was taken before me in the foregoing

5    matter was by me first duly cautioned and sworn

6    to testify to the truth, the whole truth, and

7    nothing but the truth in the cause aforesaid;

8    that the testimony contained in such deposition

9    was reduced to writing by means of

10   computer-aided transcription.  The said

11   deposition is a true and correct transcript of

12   the whole of the testimony given by said

13   witness, as aforesaid.

14        I do further certify that I am not

15   connected by blood or marriage with any of the

16   parties or their attorneys or agents and that I

17   am not an employee of either of them, nor

18   interested directly or indirectly in the matter

19   of controversy, either as counsel, attorney,

20   agent, or otherwise.

21        Done this the 18th day of April 2018.

22                    /s/ Celeste O. Riddle, RMR, RPR, CCR
                      ABCR #127 Expires 9-30-18
23                    Datascope, Firm #10198
                      13455 Cutten Road , Suite 1-J
24                    Houston, TX 77069

25                    713-688-9300 Fax 713-688-9305