# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

### 2:17-cv-00120-RWS
### Holland et al v. Cypress Insurance Company et al
### Honorable Richard W. Story

Minute Sheet for proceedings held In Open Court on 02/06/2020.

TIME COURT COMMENCED: 8:30 A.M.
TIME COURT CONCLUDED: 3:25 P.M.    COURT REPORTER: Amanda Lohnaas
TIME IN COURT: 3:30                 DEPUTY CLERK: Stacey Kemp
OFFICE LOCATION: Gainesville

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Robert Lazenby representing Patricia Holland<br>Robert Lazenby representing Wayne Holland<br>William Pate representing Cypress Insurance Company<br>William Pate representing JW Harper Farms<br>William Pate representing Keri Bell<br>Grant Smith representing Cypress Insurance Company<br>Grant Smith representing JW Harper Farms<br>Grant Smith representing Keri Bell |
| OTHER(S) PRESENT: | Kelly Salmonsen, Law Clerk' |
| PROCEEDING CATEGORY: | Jury Trial Concluded |
| PLEADINGS FILED IN COURT: | Defendants' Oral Motion for Mistrial; Plaintiffs' Oral Motion for Hearing; |
| MINUTE TEXT: | Day Four - Jury Trial. The Court DENIED Defendants' Oral Motion for Directed Verdict as to Cypress Insurance. The Court gave permission for Defendants to file the correspondence related to the directed verdict motion into the record of the case. The Court read the parties' Stipulations of Facts to the jury. Closing arguments presented to the jury by counsel followed by the jury charge. Jurors then returned to the jury room to begin deliberations. Defendants objected to the jury charge. Defendants' Oral Motion for Mistrial was DENIED. Verdict delivered in favor of plaintiffs in the amount of $13,000,000 for wrongful death, $2,000,000 for pain and suffering and $29,363 for |

|  |  |
|---|---|
|  | medical and funeral expenses. The jury found that plaintiffs did prove by a preponderance of the evidence that James Harper acted in bad faith in the transaction in this case. The second phase of the jury trial as to litigation expenses began after the mid-day break. Counsel presented opening statements. Plaintiffs' witness, Matt Cook, was sworn and testified. Plaintiffs' exhibits 84-86 were admitted. The Court charged the jury and deliberations began. Verdict delivered in favor of plaintiff in the amount of $6,000,000 for Litigation expenses. The Court took Plaintiffs' Oral Motion for a hearing UNDER ADVISEMENT. Jurors excused. |
| HEARING STATUS: | Hearing Concluded<br>VERDICT: in Favor of Plaintiffs. |
| TRIAL STATUS: | Trial Completed-Completed by Jury Verdict |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |