IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| PATRICIA HOLLAND, the Surviving Mother of KIP EUGENE HOLLAND and WAYNE HOLLAND, as the Administrator of the Estate of KIP EUGENE HOLLAND,<br><br>Plaintiffs,<br><br>v.<br><br>CYPRESS INSURANCE COMPANY and KERI BELL, as the Administrator of the Estate of JAMES WENDELL HARPER, | FILED IN OPEN COURT<br>U.S.D.C. Gainesville<br><br>FEB -6 2020<br><br>James N. Hatten, Clerk<br>By: Stacy Kemp<br>Deputy Clerk<br><br>CIVIL ACTION NO.<br><br>2:17-CV-120-RWS |

## VERDICT

I. ✓ We, the jury, find in favor of Plaintiffs.

    Wrongful death    13 Million

    Pain and suffering    2 Million

    Medical and funeral expenses    29,363.-

    ____ We, the jury, find in favor of Defendants.

II. Have Plaintiffs proven by a preponderance of the evidence that James Harper acted in bad faith in the transaction in this case?

    ✓ Yes      ____ No

Date: Feb 6, 2020      Karyn Schultz
                                                           Foreperson