# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| PATRICIA HOLLAND, the Surviving Mother of KIP EUGENE HOLLAND and WAYNE HOLLAND, as the Administrator of the Estate of KIP EUGENE HOLLAND,<br><br>Plaintiffs,<br><br>v.<br><br>CYPRESS INSURANCE COMPANY and KERI BELL, as the Administrator of the Estate of JAMES WENDELL HARPER, | FILED IN OPEN COURT<br>U.S.D.C. - Gainesville<br><br>FEB -6 2020<br><br>JAMES N. HATTEN, Clerk<br>By: _____ Deputy Clerk<br><br>CIVIL ACTION NO.<br><br>2:17-CV-120-RWS |

## SPECIAL VERDICT – LITIGATION EXPENSES

I.  We, the jury, find that Plaintiffs are entitled to the following amount for litigation expenses: $ 6,000,000.—

Date: Feb 6, 2020            _____
                                            Foreperson