IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| PATRICIA HOLLAND, the Surviving Mother of KIP EUGENE HOLLAND and WAYNE HOLLAND, as the Administrator of the Estate of KIP EUGENE HOLLAND, <br><br> Plaintiffs, <br><br> v. <br><br> CYPRESS INSURANCE COMPANY and KERI BELL, as the Administrator of the Estate of JAMES WENDELL HARPER, <br><br> Defendants. | Civil Action No. <br><br> 2:17-cv-120-RWS |

## JUDGMENT IN A CIVIL CASE

This action came before the Honorable Richard W. Story, United States District Judge, for jury trial. The issues having been duly tried, and the jury duly rendered its verdict,

**IT IS ORDERED** and **ADJUDGED** that judgment is hereby entered in favor of Plaintiffs and against Defendants, in the amount of $13,000,000 for Wrongful death, $2,000,000 for Pain and suffering, $29,363 for Medical and Funeral expenses and $6,000,000 for Litigation expenses for a total judgment of

$21,029,363.

    Dated at Gainesville, Georgia, this the 6th day February, 2020.

                                      JAMES N. HATTEN, CLERK OF COURT
                                      By:

                                      */s/ Stacey R. Kemp*
                                      Stacey Kemp
                                      Courtroom Deputy Clerk