IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| PATRICIA HOLLAND, THE SURVIVING MOTHER OF KIP EUGENE HOLLAND AND WAYNE HOLLAND AS THE ADMINISTRATOR OF THE ESTATE OF KIP EUGENE HOLLAND, DECEASED,<br><br>  Plaintiffs,<br><br>v.<br><br>CYPRESS INSURANCE COMPANY AND KARI BELL, AS ADMINISTRATOR OF THE ESTATE OF JAMES WENDELL HARPER, DECEASED,<br><br>  Defendants. | CIVIL ACTION FILE NUMBER 2:17-CV-0120 |

## NOTICE OF APPEAL

Laurie Webb Daniel
Georgia Bar No. 204225
Jonathan Spital
Georgia Bar No. 647816
**HOLLAND & KNIGHT LLP**
1180 W. Peachtree Street, NW, Suite 1800
Atlanta, Georgia 30309
Phone: (404) 817-8500 | Facsimile: (404) 881-0470
laurie.daniel@hklaw.com | jonathan.spital@hklaw.com

*Attorneys for Kari Bell, as Administrator of the Estate of James Wendell Harper, Deceased*

Notice is hereby given that Defendant Kari Bell, as Administrator of the Estate of James Wendell Harper (the "Estate"), pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from (1) the judgment entered on February 6, 2020 (Doc. 211) and from all adverse rulings subsumed therein, and (2) the August 21, 2020 Order denying Defendants' Motion for Judgment Notwithstanding the Verdict or, in the Alternative, Motion for New Trial, and Motion for Oral Argument (Doc. 233).

The Estate is contemporaneously paying the required filing fee to the Clerk as required by Federal Rule of Appellate Procedure 3(e).

Respectfully submitted this 18th day of September, 2020.

/s/ Laurie Webb Daniel
Laurie Webb Daniel
Georgia Bar No. 204225
Jonathan Spital
Georgia Bar No. 647816

**HOLLAND & KNIGHT LLP**
1180 West Peachtree Street, NW
Suite 1800
Atlanta, Georgia 30309
Telephone: (404) 817-8500
Facsimile:  (404) 881-0470
laurie.daniel@hklaw.com
jonathan.spital@hklaw.com

## CERTIFICATE OF SERVICE

I electronically filed this **Notice of Appeal** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

R. Shane Lazenby, Esq.
Lazenby Law Group
1651 Thompson Bridge Road
P.O. Box 2875
Gainesville, GA  30503

Grant B. Smith, Esq.
William B. Pate, Esq.
Brent M. Estes, Esq.
Dennis, Corry, Smith & Dixon, LLP
900 Circle 75 Parkway, Suite 1400
Atlanta, GA 30339

Elliot Kerzner, Esq.
Cozen O'Conner
1230 Peachtree Street, N.E., Suite 400
Atlanta, GA 30309

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  None.

This 18th day of September, 2020.

/s/ *Laurie Webb Daniel*
Laurie Webb Daniel
Georgia Bar No. 204225